UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL WATTS,

                       Plaintiff,

     vs                                             9:07-CV-773

UNITED STATES FEDERAL BUREAU OF
PRISONS; DR. DAWN MARINI; BRADLEY
R. CINK, Physician's Assistant; and E.
SWEATT, Physician's Assistant

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

MICHAEL WATTS
Plaintiff, Pro se
13208-014
FCI Fort Dix
5756 Hartford & Pointville Road
Fort Dix, NJ 08640

HON. ANDREW T. BAXTER             WILLIAM H. PEASE, ESQ.
Acting United States Attorney             Assistant U.S. Attorney
   for the Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Michael Watts, brought this action pursuant to 28 U,S.C. § 1346(b) and

28 U.S.C. § 2671-2680, as well as under Bivens v. Six Unknown Named Agents of Federal

Bureau of Narcotics, 403 U.S. 388, 91 S. Ct. 1999 (1971).  By Report-Recommendation

dated September 30, 2008, the Honorable David E. Peebles, United States Magistrate

Judge, recommended that defendants' motion which the court has treated as seeking the entry of summary judgment, be granted, and that plaintiff's complaint in this action be dismissed in its entirety.  Objections to the Report-Recommendation have not been filed in spite of the fact that plaintiff requested, and was granted an extension of time to submit his objections.

Based upon a careful review of the entire file, the Report-Recommendation is accepted.   See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED;

2. Plaintiff's complaint is DISMISSED in its entirety.

3. The Clerk is instructed to file judgment accordingly and close the file.

IT IS SO ORDERED.

United States District Judge

Dated:   January 8, 2009
         Utica, New York.